BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-6840
     FAX: (415) 436-7234
     Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 15-0127 WHO |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| v. | ) | |
| | ) | |
| CANDY MILLER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     Defendant Candy Miller has successfully completed a one-year term of diversion and withdrawn her plea of guilty to Count Two of the Superseding Indictment in this case.  With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment with prejudice.

DATED: _____

          Respectfully submitted,

          BRIAN J. STRETCH
          United States Attorney

          _____
          BARBARA J. VALLIERE
          Chief, Criminal Division

1       Leave is granted to the government to dismiss the indictment with prejudice.

2

3   Date: <u>February 9, 2017</u>

                                       Hon. WILLIAM H. ORRICK

4                                         United States District Judge